CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 07 2017

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 3:14CR00025-01 |
| | ) | (Civil Action No. 3:16CV81171) |
| v. | ) | |
| | ) | **FINAL ORDER** |
| SOLOMON A. FRANCIS, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1.    The government's motion to dismiss (Docket No. 350) is **GRANTED**;

2.    The defendant's motion to vacate, set aside, or correct his sentence under 28
U.S.C. § 2255 (Docket No. 337) is **DENIED**;

3.    This action shall be **STRICKEN** from the active docket of the court; and

4.    Finding that the defendant has failed to make a substantial showing of the denial
of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of
appealability is **DENIED.**

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to the defendant and all counsel of record.

DATED: This 7th day of March, 2017.

Chief United States District Judge

12